# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF GARRETT JOSEPH
CLAYBOURN

NO.  2024 CW 0940

**OCTOBER 2, 2024**

---

In Re:   Frances Elizabeth Claybourn, Bronwyn Guy, and Nicole Guy, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 109268.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

    **STAY DENIED; WRIT DENIED.** A court of appeal is a court of review, and is limited in its review to the evidence submitted and entered into the record at the district court level. **Blakey v. Acadian Properties Austin, L.L.C.**, 2020-0549 (La. App. 1st Cir. 12/30/20), 318 So.3d 141, 145.  Relators should first seek relief with the district court.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT